# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2018

SEAN F. McAVOY, CLERK

| | |
|---|---|
| RANCHERS-CATTLEMEN ACTION LEGAL FUND; et al., *Plaintiff* v. UNITED STATES DEPARTMENT OF AGRICULTURE; and SONNY PERDUE, *Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:17-CV-223-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' Motion for Summary Judgment (ECF No. 14) is DENIED.
Defendant's Cross-Motion for Summary Judgment (ECF No. 23) is GRANTED.
Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a motion for

Date: 06/05/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez